**E-FILED**
Thursday, 29 December, 2005 12:31:49 PM
Clerk, U.S. District Court, ILCD

Mark: anthony, Injured Third Party Intervener
C/O Post Office Box 92
Hopkins Park [60944]
Illinois
(815) 944-6933



"within the Admiralty"
"ab Initio"

### district court for the United States
### In Care of THE UNITED STATES DISTRICT COURT
### DISTRICT OF ILLINOIS

Mark: anthony,                                    )
Lawful Man, Creditor/Secured Party,               )    File # $O5 - U - 81$
The Real Party In Interest                        )
                                                  )          **AMENDED**
                                                  )    **COMMERCIAL NOTICE**
                                                  )    **WITHIN THE ADMIRALTY**
                                                  )    **OF THE FILING** **RECEIVED**
                                                  )    **FOREIGN JUDGMENT**

DEC 2 0 2005

U.S. CLERK'S OFFICE
URBANA, IL

For and on the record:

The Court and the Public takes judicial notice within the admiralty, "ab Initio" by Commercial Notice of
the filing of Foreign Judgment, File Number "MA08152005", IN FACT "within the admiralty," with
attached hereto and made apart hereof the entire administrative document record including the True Bill
for damages, as amended, established under Notary Court Seal. This district court has provisions for
filing foreign judgments under miscellaneous for a standard fee of $30.00.

This Administrative judgment is foreign to Judicial and all issues have been settled.

Further, please file-stamp the enclosed two additional copies and enter its file # on the line provided.
Then, place one copy in the district court's Case File #05 CV 2194 and send the second copy to me in the
enclosed envelope.  *Contact me at the phone number above if you have any questions. Thank you.*

Respectfully Submitted,

*Mark: anthony*

Mark:  anthony

**FILED**

DEC 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Encl/: check for $30.00

**SCANNED**

DATE: 12|29|05 BY: vlb

Mark: anthony, Injured Third Party Intervener
C/O Post Office Box 92
Hopkins Park [60944]
Illinois
(815) 944-6933



"within the Admiralty"
"ab Initio"

### district court for the United States
### In Care of THE UNITED STATES DISTRICT COURT
### DISTRICT OF ILLINOIS

Mark: anthony,                                    )
Lawful Man, Creditor/Secured Party,              )    File # ___OS-U-81___
The Real Party In Interest                       )
                                                 )    **AMENDED**
                                                 )    **COMMERCIAL NOTICE**
                                                 )    **WITHIN THE ADMIRALTY**
                                                 )    **OF THE FILING OF**
                                                 )    **FOREIGN JUDGMENT**

For and on the record:

The Court and the Public takes judicial notice within the admiralty, "ab Initio" by Commercial Notice of
the filing of Foreign Judgment, File Number "MA08152005", IN FACT "within the admiralty," with
attached hereto and made apart hereof the entire administrative document record including the True Bill
for damages, as amended, established under Notary Court Seal. This  district court has provisions for
filing foreign judgments under miscellaneous for a standard fee of $30.00.

This Administrative judgment is foreign to Judicial and all issues have been settled.

Further, please file-stamp the enclosed two additional copies and enter its file # on the line provided.
Then, place one copy in the district court's Case File #05 CV 2194 and send the second copy to me in the
enclosed envelope.  *Contact me at the phone number above if you have any questions. Thank you.*

Respectfully Submitted,

*Mark: anthony*

Mark:  anthony

Encl/: check for $30.00

**FILED**

DEC 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark: anthony, Injured Third Party Intervener
C/O Post Office Box 92
Hopkins Park [60944]
Illinois
(815) 944-6933



"within the Admiralty"
"ab Initio"

**district court for the United States
In Care of THE UNITED STATES DISTRICT COURT
DISTRICT OF ILLINOIS**

| | |
|---|---|
| Mark: anthony, <br> Lawful Man, Creditor/Secured Party, <br> The Real Party In Interest | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

File # $OS-\text{-}ll\text{-}8l$

**AMENDED
COMMERCIAL NOTICE
WITHIN THE ADMIRALTY
OF THE FILING OF
FOREIGN JUDGMENT**

*For and on the record:*

The Court and the Public takes judicial notice within the admiralty, "ab Initio" by Commercial Notice of the filing of Foreign Judgment, File Number "MA08152005", <u>IN FACT</u> "within the admiralty," with *attached hereto and made apart hereof the entire administrative document record including the True Bill for damages, as amended,* established under Notary Court Seal. This district court has provisions for filing foreign judgments under miscellaneous for a standard fee of $30.00.

This Administrative judgment is foreign to Judicial and all issues have been settled.

Further, please file-stamp the enclosed two additional copies and enter its file # on the line provided. Then, place one copy in the district court's Case File #05 CV 2194 and send the second copy to me in the enclosed envelope. Contact me at the phone number above if you have any questions. Thank you.

Respectfully Submitted,

*Mark: anthony*
Mark: anthony

Encl/: check for $30.00

**FILED**

DEC 2 8 2005

JOHN M. WATERS, Clerk
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA08152005

Registered Mail #RB 906494887 US

ORIGINAL

Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
28 U.S.C. §1333 and §1337

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
### CERTIFICATE OF DISHONOR

FILE # MA08152005

Date: August 15, 2005

| | |
|---|---|
| Libellant: | Mark: anthony, Creditor Secured Party,<br>C/o Bridgette Richards, Notary Acceptor<br>Post Office Box 315<br>Hopkins Park [60944] Illinois |
| Libellee: | BRUCE CLARK, Et al.<br>189 East Court<br>KANKAKEE COUNTY<br>Kankakee, Illinois 60901 |

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

| | |
|---|---|
| In care of: | BRUCE CLARK, Mail Carrier<br>KANKAKEE COUNTY<br>189 East Court<br>Kankakee, Illinois 60901 |

Libellee is additionally subject to postal
statutes and the jurisdiction of the
Universal Postal Union.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony. CREDITOR. SECURED PARTY

FILE # MA08152005                                    Registered Mail #RB 906494887 US

| The State of Illinois | ) | |
|---|---|---|
| | ) | Commercial Oath and Verification |
| Kankakee County | ) ss | |

NOTARY ACCEPTOR, Bridgette Richards, under her Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of her private first hand knowledge and belief under penalty of International Commercial Law:

Libellee's failure to respond and refusal to accept the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Mark: anthony, CREDITOR, SECURED PARTY, has put Libellee in default and dishonor as witnessed by the Notary Acceptor in the sequence of the following events:

1. The Libellant served a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of Mark: anthony, CREDITOR, SECURED PARTY, upon the Libellees on June 9, 2005 allowing Ten (10) days to respond. Notary Acceptor, Bridgette Richards certifies no timely response is made by Libellees.

2. The Libellant served a NOTICE OF FAULT-OPPORTUNITY TO CURE upon the Libellees on June 21, 2005 allowing three (3) days to cure plus three (3) days for mailing. Notary Acceptor, Bridgette Richards certifies no timely response is made by Libellees.

3. The Libellant served a NOTICE OF DEFAULT upon the Libellees on July 5, 2005. Notary Acceptor, Bridgette Richards certifies no timely response is made by Libellees.

4. On July 12, 2005, the Libellant served a FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Bridgette Richards certifies no timely response is made by Libellees.

5. On July 22, 2005, the Libellant served a SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, NOTICE OF FAULT OPPORTUNITY TO CURE. Notary Acceptor, Bridgette Richards, certifies no timely response is made by Libellees.

6. On August 2, 2005, the Libellant served a CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, certifies no timely response is made by Libellees.

7. By Libellees acts of failure to respond and refusal to accept, the Libellees have Dishonored the Notice of International Claim within the Admiralty Administrative Remedy of Mark: anthony. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which you have admitted the statements, claims, and answers to the inquiries by *tacit procuration*. This ADMINISTRATIVE JUDGMENT is *stare decisis*, *res judicata* and *collateral estoppel*.

8. The Libellant appeared before me under oath and has sworn that he has not received a timely response and answer, by legal definition or settlement from the Libellees.

9. Mark: Anthony is HOLDER IN DUE COURSE of this account and the Commercial Matter contained therein by operation of law and the debt will be recorded on a UCC 1 Financing Statement with the Secretary of State of Illinois.

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony. CREDITOR, SECURED PARTY

FILE # MA08152005                                    Registered Mail #RB 906494887 US

ORIGINAL

### AFFIDAVIT OF NEGATIVE AVERMENT

As of this date, August __18__, 2005, the undersigned Notary Acceptor has not received a timely response to the Libellant's documents from the Libellees or any other agents.

### NOTARIAL PROTEST CERTIFICATE

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** in accordance with UCC 3-509.

2. This Notarized Document is served to the Libellees for nonpayment, nonperformance and nonacceptance on August __18__, 2005.

3. This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Contract File # MA06082005, Registered # RB 906494799 US.

NOTARY ACCEPTOR further sayeth naught.

The above Affidavit is certified true, correct, complete, and certain, under the penalty of Perjury on this __18th__ day of __August__, 2005, given under court seal as administrative judge in her capacity as a Notary in good standing with the State of Illinois. Witness my hand and official seal.

By: _Bridgette Richards_
   Bridgette Richards, NOTARY ACCEPTOR

> **Official Seal**
> **Bridgette Richards**
> tary Public – State of Illinois
> Commission Expires Feb. 2, 2009

Seal

I certify that the above named affiant, personally known to me, appeared before me a Notary, Sworn and under

Oath this __18 th__ day of __August__, 2005.

_Notary_

Seal

> **OFFICIAL SEAL**
> **JOBIE J. MOSLEY**
> Notary Public – State of Illinois
> My Commission Expires Feb. 2, 2009

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony. CREDITOR, SECURED PARTY

FILE # MA08172005                                    Registered Mail #RB 906494887 US

**ORIGINAL**        **AFFIDAVIT OF SERVICE**
NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
AND CERTIFICATE OF DISHONOR

Illinois State              )
                            )  ss.
Kankakee County             )

I am over 18 years of age and not a party to the within action.  My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the  _18th_  day of  _August_  , 2005, I served the following by Registered Mail:
1. Sixteen (16) copies of Original "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR,** File # MA08152005, subscribed by Bridgette Richards, Notary Acceptor.
2. One copy of this Affidavit for each copy of "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR**" of Service in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        BRUCE CLARK, Et al.
                 189 East Court
                 KANKAKEE COUNTY
                 Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:      BRUCE CLARK, Mail Carrier
                 KANKAKEE COUNTY
                 189 East Court
                 Kankakee, Illinois 60901

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

"I certify under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct. Executed on this _18th_ day of _August_ , 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

**Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009**

Page 1 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

**Registered No.** RB 906494856

<table>
<tr><td colspan="2">Reg. Fee 750</td></tr>
<tr><td>Handling Charge</td><td>Return Receipt 175</td></tr>
<tr><td>Postage 2.90</td><td>Restricted Delivery</td></tr>
<tr><td colspan="2">Received by</td></tr>
</table>

**Date Stamp**

AUG 1 8 2005

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: Bedgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois          (MA 08/5 2005 TBT)

TO: BRUCE CLARK
189 E Court
K³ County
Kankakee, Il 60901

**PS Form 3806,**  **Receipt for Registered Mail**   Copy 1 - Custom
May 2004 (7530-02-000-9051)        (See Information on Rever
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X John Wheeler            ☐ Agent
                          ☐ Addres

B. Received by ( Printed Name)   C. Date of Deli
JOHN WHEELER                 8-19-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

KANKAKEE  AUG 19 2005

3. Service Type SPS
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchan
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)   RB906494887US

**PS Form 3811, August 2001**   Domestic Return Receipt   102595-02-M

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Reckards, Notary Acceptor
Post Office Box 915
Hopkins Park [60944]
Illinois

(MA 08155025 NPCD)

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA08152005                                          Registered Mail #RB 906494856 US

ORIGINAL



Mark Anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
### 28 U.S.C. §1333 and §1337

### AMENDED ACCOUNTING AND TRUE BILL AND
### NOTICE OF TRESPASS

#### FILE # MA08152005

Date: August 15, 2005

Libellant:      Mark: anthony, Creditor Secured Party,
                C/o Bridgette Richards, Notary Acceptor
                Post Office Box 315
                Hopkins Park [60944] Illinois

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901              Libellee is additionally subject to
                                                      postal statutes and the jurisdiction
                                                      of the Universal Postal Union.

Page 1 of 4 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE
REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony. CREDITOR, SECURED PARTY

FILE # MA08152005

Registered Mail #RB 906494856 US

of the Universal Postal Union.

## AMENDED ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.

v.

PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S. Ct. 1032 (no. 89-1279)

For Conversion

4 times for Compensatory Damages
200 times for Punitive Damages

Libellant is entitled to return of all funds paid or tendered by MARK ANTHONY for the years 1993,
1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 whereas Libellant paid annual payments, plus all late
fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to
KANKAKEE COUNTY personnel and "Acceptance for Value" paperwork through August 15, 2005.

### COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | $10,505.00 | Refund due MARK ANTHONY for years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-033 |
| $ | 1,247.00 | Refund due MARK ANTHONY for years 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-042 |
| $ | 11,752.00 | Total Funds fraudulently levied |
| $ | 10,850.00 | $75.00/hour for time spent on documents presented by Libellees plus postage, costs, expenses |
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |

### CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |
| | x 4 | Rights Violations Compensation Multiplier |
| $ | 90,408.00 | Compensatory Damages |
| $ | 90,408.00 | Sum Certain of Actual Cost Funds |
| | x 200 | Punitive Compensation Multiplier |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 90,408.00 | Compensatory Damages |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 18,172,008.00 | Total Damages for Conversion |

Page 2 of 4 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony. CREDITOR. SECURED PARTY

FILE = MA08152005

Registered Mail #RB 906494856 US

of the Universal Postal Union.

## AMENDED ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.

v.

PACIFIC MUTUAL LIFE INSURANCE, INC.

499 U.S.1, 113 Fed 2d 1, 111 S. Ct. 1032 (no. 89-1279)

For Conversion

4 times for Compensatory Damages
200 times for Punitive Damages

Libellant is entitled to return of all funds paid or tendered by MARK ANTHONY for the years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 whereas Libellant paid annual payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to KANKAKEE COUNTY personnel and "Acceptance for Value" paperwork through August 15, 2005.

## COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | \$10,505.00 | Refund due MARK ANTHONY for years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-033 |
| $ | 1,247.00 | Refund due MARK ANTHONY for years 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-042 |
| $ | 11,752.00 | Total Funds fraudulently levied |
| $ | 10,850.00 | $75.00/hour for time spent on documents presented by Libellees plus postage, costs, expenses |
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |

## CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

## COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |
| | x 4 | Rights Violations Compensation Multiplier |
| $ | 90,408.00 | Compensatory Damages |
| $ | 90,408.00 | Sum Certain of Actual Cost Funds |
| | x 200 | Punitive Compensation Multiplier |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 90,408.00 | Compensatory Damages |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 18,172,008.00 | Total Damages for Conversion |

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark anthony. CREDITOR, SECURED PARTY

FILE = MA08152005                                              Registered Mail #RB 906494856 US

of the Universal Postal Union.

## AMENDED ACCOUNTING AND TRUE BILL

### CLEOPATRA HASLIP et al.
v.
### PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S. Ct. 1032 (no. 89-1279)

For Conversion                                         4 times for Compensatory Damages
                                                       200 times for Punitive Damages

Libellant is entitled to return of all funds paid or tendered by MARK ANTHONY for the years 1993,
1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 whereas Libellant paid annual payments, plus all late
fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to
KANKAKEE COUNTY personnel and "Acceptance for Value" paperwork through August 15, 2005.

## COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | $10,505.00 | Refund due MARK ANTHONY for years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-033 |
| $ | 1,247.00 | Refund due MARK ANTHONY for years 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-042 |
| $ | 11,752.00 | Total Funds fraudulently levied |
| $ | 10,850.00 | $75.00/hour for time spent on documents presented by Libellees plus postage, costs, expenses |
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |

## CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

## COMPUTED AS FOLLOWS

| | | |
|---|---|---|
| $ | 22,602.00 | Sum Certain of Actual Cost Funds |
| | x 4 | Rights Violations Compensation Multiplier |
| $ | 90,408.00 | Compensatory Damages |
| $ | 90,408.00 | Sum Certain of Actual Cost Funds |
| | x 200 | Punitive Compensation Multiplier |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 90,408.00 | Compensatory Damages |
| $ | 18,081,600.00 | Punitive Damages |
| $ | 18,172,008.00 | Total Damages for Conversion |

Page 2 of 4 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA08152005

ORIGINAL

Registered Mail #RB 906494856 US

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other
superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal
value in real property and natural resources, and any agreeable combination of the above.

Libellant presents this AMENDED TRUE BILL in demand for full payment to settle and close the escrow
in the amount of AMENDED SUM CERTAIN, PROGRESSIVE, $54,516,024.00 USD.

## COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

The State of Illinois        )
                             )        Commercial Oath and Verification
Kankakee County              )

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being
of sound mind states that the facts contained herein are true, correct, complete and not misleading to the
best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_Mark, Anthony_
Signature    lawful man

I certify that the above named affiant, personally known to me, appeared before me a Notary, Sworn and

under Oath this __16th__ day of __August__ , 2005.

_Bridgette Richards_
    Notary

Seal

Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009

Page 4 of 4 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA08152005                                    Registered Mail #RB 906494856 US

ORIGINAL          **AFFIDAVIT OF SERVICE**
**AMENDED ACCOUNTING AND TRUE BILL AND**
**NOTICE OF TRESPASS**

Illinois State              )
                            )  ss.
Kankakee County             )

I am over 18 years of age and not a party to the within action.  My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the _18th_ day of _August_ , 2005, I served the following by Registered Mail:
1. Sixteen (16) copies of Original **AMENDED ACCOUNTING AND TRUE BILL AND NOTICE OF
TRESPASS** , File # MA08152005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **AMENDED ACCOUNTING AND TRUE BILL AND
NOTICE OF TRESPASS** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        BRUCE CLARK, Et al.
                 189 East Court
                 KANKAKEE COUNTY
                 Kankakee, Illinois 60901

                 KANKAKEE COUNTY                      MUNICIPAL CORPORATION
                 KARL A. KRUSE                        CHAIRMAN
                 MARK J. FRECHETTE                    TREASURER
                 EDWARD D. SMITH                      ATTORNEY
                 BRENDA L. GORSKI                     ATTORNEY
                 COUNTY DELINQUENT TAX AGENT          CORPORATION
                 JOSEPH E. MYER                       AGENT
                 STEPHEN P. SCHRIMPF                  ATTORNEY
                 MNM                                  CORPORATION
                 ADAIR ASSET MANAGEMENT/US BANK       CORPORATION
                 GREGORY HOUSEHOLTER                  JUDGE
                 DAVID YOUCK                          JUDGE
                 MICHAEL KICKS                        CHIEF JUDGE
                 MICHAEL J. MCGIVERN                  ATTORNEY
                 LISA MADIGAN                         ATTORNEY

In care of:      BRUCE CLARK, Mail Carrier
                 KANKAKEE COUNTY
                 189 East Court
                 Kankakee, Illinois 60901          Libellee is additionally subject to postal
                                                   statutes and the jurisdiction of the
                                                   Universal Postal Union.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this _18th_ day of _August_ , 2005 ".

_Bridgette Richards_

Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 1 of  1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

NO 706 797 056

150

| Handling Charge | Return Receipt 175 |
| Postage 2.90 | Restricted Delivery |
| Received by | |

AUG 18 2005
HOPKINS PARK IL 60944

Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
(See Reverse).

| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☑ Without Postal Insurance |

OFFICIAL USE

**FROM**
Bridgette Richards Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois          (MA 08/15 2005 TBT)

**TO**
BRUCE CLARK
189 E Court
K3 County
Kankakee, Il 60901

PS Form 3806,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X John Wheeler          ☑ Agent  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
JOHN WHEELER          8-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

KANKAKEE IL 60901 USPS
AUG 19 2005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RB906494856

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards, Notary Acceptor
Post office Box 315
Hopkins Park [60944]
Illinois

MA08/15 2008 TBT

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA09062005

Registered Mail #RB 906494839 US





Mark Anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL
### CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
### 28 U.S.C. §1333 and §1337

### NOTICE OF TRESPASS AND SECOND AMENDED TRUE BILL

#### FILE # MA09062005

Date: September 6, 2005

Libellant:     Mark: anthony, Creditor Secured Party,
C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

Libellee:     BRUCE CLARK, Et al.
189 East Court
KANKAKEE COUNTY
Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |
| CHRIS BECK | ATTORNEY |
| HERVAS, SOTOS, BERSANI, P.C. | CORPORATION |

In care of:     BRUCE CLARK, Mail Carrier
KANKAKEE COUNTY
189 East Court
Kankakee, Illinois 60901

Libellee is additionally subject to
postal statutes and the jurisdiction
of the Universal Postal Union.

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE
REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony. CREDITOR, SECURED PARTY

FILE # MA09062005

Registered Mail #RB 906494839 US

ORIGINAL

## NOTICE OF TRESPASS(ES) AND INCREASE OF DAMAGES

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

Libellant hereby notifies Libellee(s) individually and severally of the following trespasses and increase of damages as computed and amended as follows:

TRESPASS #1:   Chris Beck, Attorney

| | |
|---|---|
| $18,172,008.00 | for filing of UNITED STATES DISTRICT COURT CASE #2:05-CV-2194 on September 1, 2005 |
| $18,172,008.00 | Total Damages for Trespass AMENDED SUM CERTAIN, |
| $54,516,024.00 | PROGRESSIVE |
| $72,688,032.00 | Second AMENDED SUM CERTAIN, PROGRESSIVE |

### SECOND AMENDED SUM CERTAIN, PROGRESSIVE INCREASED BY TRESPASS(ES) AS OF SEPTEMBER 6, 2005

$72,688,032.00 as of September 6, 2005

Seventy-Two Million, Six Hundred Eighty-Eight Thousand, Thirty-Two Dollars and no cents

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

Libellant presents this Second AMENDED TRUE BILL in demand for full payment to settle and close the escrow in the amount of Second AMENDED SUM CERTAIN, PROGRESSIVE, $72,688,032.00 USD.

### COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

| | | |
|---|---|---|
| The State of Illinois | ) | |
| | ) | Commercial Oath and Verification |
| Kankakee County | ) | |

Page 2 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA09062005                                        Registered Mail #RB 906494839 US

ORIGINAL

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_Mark: Anthony_
Signature   lawful man

I certify that the above named affiant, personally known to me, appeared before me a Notary, Sworn and

under Oath this ___6th___ day of ___September___, 2005.

_Bridgette Richards_
          Notary

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Seal

Page 3 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony. CREDITOR, SECURED PARTY

FILE # MA09062005                                    Registered Mail #RB 906494839 US

ORIGINAL

**AFFIDAVIT OF SERVICE**
**NOTICE OF TRESPASS AND SECOND AMENDED TRUE BILL**

Illinois State              )
                            )  ss.
Kankakee County             )

I am over 18 years of age and not a party to the within action.  My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the __8th__ day of __September__, 2005, I served the following by Registered Mail:
1. Eighteen (18) copies of Original **NOTICE OF TRESPASS AND SECOND AMENDED TRUE BILL**, File #
MA09062005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **NOTICE OF TRESPASS AND SECOND AMENDED
TRUE BILL** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |
| CHRIS BECK | ATTORNEY |
| HERVAS, SOTOS, BERSANI, P.C. | CORPORATION |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901

                            Libellee is additionally subject to postal
                            statutes and the jurisdiction of the
                            Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this __8th__ day of __September__, 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

> **Official Seal**
> **Bridgette Richards**
> **Notary Public – State of Illinois**
> **My Commission Expires Feb. 2, 2009**

Page 1 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

RB 906 494839 US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | 7.50 | | |
| Handling Charge | | Return Receipt | 1.75 |
| Postage | 2.44 | Restricted Delivery | |
| Received by | | | |

UNIT ID: 0914
CLERK: KNJ0UJ
09/08/05

To Be Completed By Post Office

Customer Must Declare Full Value $ ⊘

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

## OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Bridgette Richards, Notary Receptor
Post Office Box 315
Hopkins Park [60944]
Illinois          MA 0906 2005 TDT

TO
Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, IL 60901

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)         (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _John Wheeler_   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JOHN WHEELER      9-9-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

SEP 9 2005

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(from service label)   RB 906 494839 45

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540



INITED STATES POSTAL SERVICE
PM
09 SEP

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Rechards Notary Argtn
Post Office Box 315
Hopkins Park [60944]
Illinois

MM07062005 TDT

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA10252005                                    Registered Mail #RB 906496123 US

ORIGINAL



Mark Anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

### NOTICE OF INTERNATIONAL COMMERCIAL
### CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
### 28 U.S.C. §1333 and §1337

#### NOTICE OF TRESPASS AND THIRD AMENDED TRUE BILL

### FILE # MA10252005

Date: October 25, 2005

Libellant:      Mark: anthony, Creditor Secured Party,
                C/o Bridgette Richards, Notary Acceptor
                Post Office Box 315
                Hopkins Park [60944] Illinois

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |
| CHRIS BECK | ATTORNEY |
| HERVAS, SOTOS, BERSANI, P.C. | CORPORATION |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901                Libellee is additionally subject to
                                                        postal statutes and the jurisdiction
                                                        of the Universal Postal Union.

Page 1 of 3 pages

¹ NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA10252005                                              Registered Mail #RB 906496123 US

ORIGINAL

## NOTICE OF TRESPASS(ES) AND INCREASE OF DAMAGES

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever
controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process.
Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively.
All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory
and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and
conversion per party for each violation.

Libellant hereby notifies Libellee(s) individually and severally of the following trespasses and increase of
damages as computed and amended as follows:

TRESPASS #1:  Mark J. Frechette, Treasurer

| | |
|---|---|
| $18,172,008.00 | for presentment 2004 PAYABLE 2005 COUNTY COLLECTOR'S NOTICE OF SALE, dated October 7, 2005 |
| $18,172,008.00 | Total Damages for Trespass AMENDED SUM CERTAIN, |
| $72,688,032.00 | PROGRESSIVE |
| $90,860,040.00 | THIRD AMENDED SUM CERTAIN, PROGRESSIVE |

## THIRD AMENDED SUM CERTAIN, PROGRESSIVE INCREASED BY TRESPASS(ES) AS OF OCTOBER 25, 2005

### $90,860,040.00 as of October 25, 2005

### Ninety Million, Eight Hundred Sixty Thousand, Forty Dollars and no cents

### "Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other
superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal
value in real property and natural resources, and any agreeable combination of the above.

Libellant presents this Third AMENDED TRUE BILL in demand for full payment to settle and close the
escrow in the amount of Third AMENDED SUM CERTAIN, PROGRESSIVE, $90,860,040.00 USD.

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, **CREDITOR, SECURED PARTY**

FILE # MA10252005                                                    Registered Mail #RB 906496123 US

## COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

The State of Illinois          )
                               )            **Commercial Oath and Verification**
Kankakee County                )

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_Mark : anthony_
Signature    lawful man

I certify that the above named affiant, personally known to me, appeared before me a Notary, Sworn and

under Oath this  25th  day of  October  , 2005.

_Bridgette Richards_
        Notary                            Seal

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 3 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, **CREDITOR, SECURED PARTY**

FILE # MA10252005                                       Registered Mail #RB 906496123 US

ORIGINAL

**AFFIDAVIT OF SERVICE**
**NOTICE OF TRESPASS AND THIRD AMENDED TRUE BILL**

Illinois State                    )
                                  )  ss.
Kankakee County                   )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the _25_ day of _October_, 2005, I served the following by Registered Mail:
1. Eighteen (18) copies of Original **NOTICE OF TRESPASS AND THIRD AMENDED TRUE BILL**, File #
MA10252005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **NOTICE OF TRESPASS AND THIRD AMENDED
TRUE BILL** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        BRUCE CLARK, Et al.
                 189 East Court
                 KANKAKEE COUNTY
                 Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |
| CHRIS BECK | ATTORNEY |
| HERVAS, SOTOS, BERSANI, P.C. | CORPORATION |

In care of:      BRUCE CLARK, Mail Carrier
                 KANKAKEE COUNTY
                 189 East Court
                 Kankakee, Illinois 60901               Libellee is additionally subject to <u>postal
                                                        statutes</u> and the jurisdiction of the
                                                        Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this _25_ day of _October_, 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 1 of 1 pages
**NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
Affidavit of Service

UNITED STATES POSTAL SERVICE

||||  ||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards, Notary Acceptor
Post office box 315
Hopkin's Park [60944]
Illinois

(MA 2005)

NITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Rechards, Notary Acceptor
Post office box 315
Hopkins Park [60944]
Illinois

(MAY 2005)

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                    Registered Mail #RB 906494799 US



Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### 28 U.S.C. §1333 and §1337

### FILE # MA06082005

Date: June 8, 2005

| | |
|---|---|
| **Libellant:** | Mark: anthony, Creditor Secured Party,<br>C/o Bridgette Richards, Notary Acceptor<br>Post Office Box 315<br>Hopkins Park [60944] Illinois |
| **Libellee:** | BRUCE CLARK, Et al.<br>189 East Court<br>KANKAKEE COUNTY<br>Kankakee, Illinois 60901 |

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

| | |
|---|---|
| **In care of:** | BRUCE CLARK, Et al.<br>KANKAKEE COUNTY<br>189 East Court<br>Kankakee, Illinois 60901 |

Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union.

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                        Registered Mail #RB 906494799 US

## ADMINISTRATIVE REMEDY PROCEDURE

Libellant, by Restricted Appearance, is hereby exhausting his administrative remedies within the Admiralty by Notice(ing) KANKAKEE COUNTY  and its Co-Party(ies) and Officers.

As an operation of law, Libellant is required to exhaust his administrative remedies. This Administrative Remedy within the admiralty document is mail as identified in the Affidavit of Service.

As with any administrative process, Libellee may controvert the statements and/or claims made by Libellant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Libellee with evidence in support by Registered Mail addressed to Notary Acceptor. Answers by any other means is considered a non-response and will be treated as a non-response.

Libellee may agree and admit to all statements and claims made by Libellant by TACIT PROCURATION by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE**: In the event Libellee admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL. Libellee may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.

Any action(s), by Libellee(s), in any court or other forum, undertaken against Libellant, outside this Administrative Remedy by Libellee(s), is a trespass against Libellant and will result in an increase in the amount of the True Bill of ten (10) times the original amount and will continue to increase in the same amount of any additional trespasses.

Libellee is granted 10 days to respond to the statements and claims herein and/or to provide Libellee's own answers to inquires.

Libellee may, after agreeing to all claims put forth by Libellant, enter into negotiations to settle the agreement/ contract with terms to be agreed upon.

## DEFINITIONS

The term "Affiant" means Mark: anthony, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Libellant.

The term "Libellee" means those opposing parties in this instant action as they appear in fiction, Stramineus homo, Commercial Strawman, person, individual.

The term "Libellant" means Mark: anthony, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Affiant.

The term "MARK ANTHONY" means non-living entity, Stramineus homo, Commercial Strawman, artificial entity, legal fiction, MARK ANTHONY, 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.

The term "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY" of Mark: anthony, CREDITOR, SECURED PARTY is an agreement/contract between Libellant, Mark: anthony and Libellee, KANKAKEE COUNTY  and its Co-Party(ies) and Officers.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                              Registered Mail #RB 906494799 US

## DISCOVERY DISCLOSURE REQUEST

### (SUBPOENA DUCES TECUM, ie. Libellant's Common Law Writ reserved by Right)
### Under Freedom of Information (FOIA - 5 USC 552) /Privacy (5 USC 552a)/Illinois Open Records Act(s)

Libellant requests that KANKAKEE COUNTY, it's Co-Party(ies), and Officers in possession of the documentation listed below pertaining to taxpayer MARK ANTHONY, account #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 for years 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, and 2004 and/or to specific real estate parcels #10-19-21-301-033 and #10-19-21-042 recorded under taxpayer MARK ANTHONY's account #, send Libellant a copy of said documents within ten (-10) days.

1.  The names of all parties and their superiors acting as Co-Party(ies) with Libellee(s) in this matter.
2.  The names of the principal, fiduciary creditor and fiduciary debtor on taxpayer's accounts.
3.  Libellee(s) Internal Revenue Service completed and filed 1096 tax returns.
4.  Libellee(s) Internal Revenue Service completed and filed 1099 OID, INT, and PTR tax forms.
5.  All documents used to report a tax deficiency on taxpayer's account.
6.  Libellee(s) fiduciary tax estimate and/or fiduciary Fiduciary Tax Reports held by Libellee's attorney(s).
7.  An accounting of all prepaid interest claimed and reported on the 1096 tax returns.
8.  The maritime/admiralty contract between Libellee(s) and MARK ANTHONY.
9.  The documentation identifying that the real estate was collateralized or pledged in lieu of a debt and the total amount of the federal and/or state lien, ie. debt, against every parcel of real estate recorded in taxpayer, MARK ANTHONY's name upon which Libellee(s) base it's legal right to title.
10. Verified evidentiary proof of debt obligation and liability of MARK ANTHONY and/or Mark: Anthony upon which Libellee(s) base its claim.
11. A statement of account of charges assessed and payments made and outstanding for each parcel.
12. The delegation of authority of Libellee(s) authorizing the collection of the debt.
13. A license to practice law from all attorneys/lawyers/judges acting as Co-Party(ies) with Libellee(s) in this matter.
14. The oath of office from every public officer, elected official and attorney who is party to this action.
15. The written and audio transcripts and court docket records of every hearing and trial held in case(s) #04-tx-1 and #02-tx-93 for specific respective parcels #10-19-21-301-033 and #10-19-21-301-042, at KANKAKEE COUNTY CIRCUIT COURT.
16. The signed JUDGEMENT/ORDERS issued from every judge presiding over case(s) #04-tx-1 and 02-tx-93 for specific respective parcels #10-19-21-301-033 and #10-19-21-301-042, at KANKAKEE COUNTY CIRCUIT COURT.
17. Tax Deeds issued and authorized by JUDGEMENTS/ORDERS issued by a judge in case(s) #04-tx-1 and 02-tx-93 for specific respective parcels #10-19-21-301-033 and #10-19-21-301-042, at KANKAKEE COUNTY CIRCUIT COURT.
18. The process, documentation, and regulations that KANKAKEE COUNTY discloses to individuals to inform them how they can simply, publicly record their property ownership of certain real estate or property bought but not as trust property with KANKAKEE COUNTY AS TRUSTEE.

Libellant makes this request to discover the specific obligations, liabilities and injuries in this matter and documents may be used by Libellant, if necessary, in any court of competent jurisdiction. All records shall be produced without charge, as these records are going to be used to "contribute significantly to public understanding of the operations or activities of the Government." Under FOIA, all requested records must be produced within ten (-10) days or a written explanation of reason for delay. If no such document exists, please so declare for the record in this action. Refusal to comply with this request will result in contempt charges against those named individuals who refuse to comply. After producing the herein requested DISCOVERY, all Libellee(s) by Law, shall set forth in writing under penalty of perjury, that all discovery is correct, accurate and complete and that all records in their possession have been disclosed. Failure to respond will constitute as an operation of law, the admission of Libellee to commit SCIENTER ACTS (omitting

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                         Registered Mail #RB 906494799 US

knowledge) and by TACIT PROCURATION to the statements, claims and ANSWERS to inquires shall be deemed RES JUDICATTA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE.

## STATEMENT OF FACTS

1. Libellant is not one in the same as any legal fiction entity, 14th Amendment person, individual, commercial Strawman or number created by the federal government.

2. Libellant has never knowingly, willingly and for certain and fair consideration that would controvert Libellant's private natural character status.

3. Libellant is not a beneficiary, surety, liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.

4. Libellant has a non-privity relationship with all legal fiction entities.

5. Mark: anthony is an agent for MARK ANTHONY, not a liable party. UCC 3-402 (b)(1)

6. Mark: anthony has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Illinois Secretary of State's Office, in the form of UCC 1 and its amendments.

7. KANKAKEE COUNTY, its Co-Party(ies) and Officers, are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander, Legal Extortion, Robbery Ashore and continuous torts.

8. Any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against MARK ANTHONY and that <u>Am Jur 2nd, Volume 17 (A) Clause #298</u> applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.

9. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the <u>D.C. Codes</u>.

10. KANKAKEE COUNTY has refused to disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.

11. Libellant does not now or has ever comprehended the offer and contract as it pertains to MARK ANTHONY, or Mark: anthony.

12. By and through this commercial notice the Libellant notices KANKAKEE COUNTY and its co-partners and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with MARK ANTHONY, or Mark; anthony.

13. All contracts and agreements and presentments by any and all KANKAKEE COUNTY Officers(s) and Employees, are expressly induced by Fraud, Coercion, Extortion and non-disclosure contracts upon the Libellant.

14. Libellee, KANKAKEE COUNTY Officers, have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

15. Libellee, KANKAKEE COUNTY Officers, have used the US Postal Service and commercial electronic media to send fraudulent unsupported commercial documents that were relied upon by third parties to deprive Libellant of property by a fraudulent presumption of pledge.

16. Libellee, KANKAKEE COUNTY Officers, have used fictitious names on commercial documents to deprive the Libellant of property.

17. Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value in accordance with Public Policy. Public Law 73-10

18. Libellee, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY in the matter of Accepted for Value presentments.

19. Libellee, KANKAKEE COUNTY Officers, have made false and fraudulent entries into specially coded files such as Fiduciary Tax Reports that courts of fiction rely upon as undisputed evidence.

20. Libellant noticed KANKAKEE COUNTY that Libellant has redeemed his intellectual property, ie. Tax exemption, and has used said exemption to exchange for discharge of the public debt alleged by Libellee.

21. Libellee, KANKAKEE COUNTY Officers, have compelled Libellant by use of threat, duress, and coercion to sign and deliver an exemption-exchange instrument, ie. promissory note, for discharge and settlement of the accounts.

22. Libellee, KANKAKEE COUNTY Officers, have accepted said discharge instrument as legal tender by their act of retaining said instrument.

23. Libellee, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY after accepting the discharge instrument.

24. Libellee, KANKAKEE COUNTY Officers, have compelled Libellant for the second time by use of threat, duress, and coercion to sign and deliver a second exemption-exchange instrument, ie. Bond for Discharge, for discharge and settlement of the same accounts.

25. Libellee, KANKAKEE COUNTY Officers, have accepted the second discharge instrument as legal tender by their act of retaining said instrument.

26. Libellee, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY after accepting the second discharge instrument.

27. Libellee, KANKAKEE COUNTY Officers, have claimed Libellant's intellectual property, ie. Tax exemption, and has withheld the pre-paid interest due Libellant claiming it as a deduction on KANKAKEE COUNTY's Fiduciary Tax Reports.

28. Libellee, KANKAKEE COUNTY, is indebted to Libellant in the amounts of the promissory note, the bond, and the prepaid interest.

29. Libellee, KANKAKEE COUNTY, never disclosed this fact and did not issue a check to Libellant for the capital and interest from the labor credit claimed against taxpayer MARK ANTHONY's account.

30. Libellee, KANKAKEE COUNTY, never incurred any risks, loss or costs to acquire the benefit of the valuable credit/labor/trade name of Libellant which Libellee used to claim a deduction on KANKAKEE COUNTY's Fiduciary Tax Reports.

31. Libellee, KANKAKEE COUNTY, have failed to present Libellant a maritime contract between Libellee and MARK ANTHONY.

32. Libellee, KANKAKEE COUNTY, have fraudulently presented inaccurate, irrelevant, untimely and incomplete Fiduciary Tax Reports and public records to courts of fiction of equity to obtain judgment for sale of property and issuance of tax deed.

33. Libellee follows Generally Accepted Accounting Practices (GAAP).

34. Libellee, KANKAKEE COUNTY Officers, have never made an assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading.

35. Libellee, KANKAKEE COUNTY, as a subcorporation of the UNITED STATES, is bankrupt and must operate pursuant to House Joint Resolution 192, June 5, 1933.

36. Libellee, KANKAKEE COUNTY, has been using the credit of Libellee without remuneration to Libellant.

37. Libellee, KANKAKEE COUNTY Officers, after receiving Libellant's Acceptances for Value of presentments and exemption-exchange instruments, still claimed the charges existed and therefore is liable for the debt.

38. Libellee, KANKAKEE COUNTY Officers, have failed to provide a remedy to Libellant and is operating outside the UNITED STATES bankruptcy- a criminal offense.

39. Libellee, KANKAKEE COUNTY Officers, are holding the discharging instruments and has failed to provide Libellant with a copy of the 1099 OID; therefore, Libellee is tax delinquent since the claim is considered Libellant's exemption.

40. Libellee(s), KANKAKEE COUNTY Officer(s) and Co-Party(ies), perjured his oath of office as common practice in carrying out his official duty and have committed constitutional impermissible application of the statute against Libellant.

41. Libellee(s), KANKAKEE COUNTY, its Co-Party(ies) and Officers, have defaulted/dishonored, remained silent, refused and/or uncontroverted every administrative request and proceeding from MARK ANTHONY, and Mark: anthony since 1999 stripping witnessed by notary publics them of every legal right, rendering every legal recourse Libellee(s) has taken to date null and void and making them liable for damages caused to Libellant.

42. Libellee(s), KANKAKEE COUNTY, its Co-Party(ies) and Officers, were noticed of Libellant's reservation of rights to not be compelled to volunteer in personam jurisdiction without cause and with jurisdiction remaining unproven, rendering Libellant's appearance a non-appearance in every court proceeding commenced in equity in case (s) #02-tx-93 and #04-tx-01 and every JUDGEMENT/ORDER resulting as null and void, and causing Libellant further damage.

43. Libellee(s), KANKAKEE COUNTY, its Co-Party(ies) and Officers, did knowingly, willfully, continuously, and maliciously trespass Libellant's private administrative remedy proceedings and contract causing Libellant injury and damages.

ORIGINAL

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA06082005                                      Registered Mail #RB 906494799 US

44. KANKAKEE COUNTY is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion and fraud.

45. If the Libellee(s), it's Co-Party(ies) and Officers, discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, Officers and Co-Party(ies), are required to notice the Libellant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.

46. If additional time is required for responding, a request must be received by the Libellant at the address of the Notary Acceptor within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

47. The Libellees, Officers and Co-Party(ies) of, KANKAKEE COUNTY, are required to notify the Libellant within ten (10) days by Certified Mail of acknowledgement, acceptance and agreement to the address of the Notary Acceptor only. You may agree to all statements and claims by Libellant by simply remaining silent.

48. Mark: Anthony, is using the Copyrighted Statutes only for his remedy and not for profit.

## COMMERCIAL OATH AND VERIFICATION

Kankakee County              )
                             )          Commercial Oath and Verification
The State of Illinois        )

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_Signature_  lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath

this ___8___ day of ___June___, 2005.

_Bridgette Richards_
Notary

```
***************************
*      Official Seal      *
*   Bridgette Richards    *
* Notary Public – State of Illinois *
* My Commission Expires Feb. 2, 2009 *
***************************
```

## STATEMENT AND INQUIRES

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial Strawman, Co-Party(ies) organization and trust created by the State or Federal government.
ANSWER: [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                          Registered Mail #RB 906494799 US

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
ANSWER: [Admits/Acknowledge if no answer is provided]

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.
ANSWER: [Admits/Acknowledge if no answer is provided]

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.
ANSWER: [Admits/Acknowledge if no answer is provided]

5. Libellee(s) admits Mark: anthony has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Illinois Secretary of State in the form of UCC 1 and its amendments.
ANSWER: [Admits/Acknowledge if no answer is provided]

6. Libellee(s) admits Libellant is an agent for MARK ANTHONY, not a liable party.
ANSWER: [Admits/Acknowledge if no answer is provided]

7. Libellee(s) admits they have never disclosed that charges and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.
ANSWER: [Admits/Acknowledge if no answer is provided]

8. Libellee(s) admits, KANKAKEE COUNTY, its Officers and Co-Party(ies), are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander, Legal Extortion, Robbery Ashore and continuous torts.
ANSWER: [Admits/Acknowledge if no answer is provided]

9. Libellee(s) admits any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against MARK ANTHONY and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
ANSWER: [Admits/Acknowledge if no answer is provided]

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
ANSWER: [Admits/Acknowledge if no answer is provided]

11. Libellee(s) admits KANKAKEE COUNTY has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
ANSWER: [Admits/Acknowledge if no answer is provided]

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
ANSWER: [Admits/Acknowledge if no answer is provided]

13. Libellee(s) admits the Libellant notices KANKAKEE COUNTY and its Co-party(ies) and the Public that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract MARK ANTHONY or Mark: anthony.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                           Registered Mail #RB 906494799 US

**ANSWER:** [Admits/Acknowledge if no answer is provided]

14. Libellee(s) admits all contracts and agreements and presentments by any and all KANKAKEE COUNTY Officers, Agent(s), Employees are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

15. Libellee(s) admits Libellee, KANKAKEE COUNTY Officers, have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

17. Libellee(s) admits that Libellant noticed KANKAKEE COUNTY that Libellant has redeemed his intellectual property, ie. Tax exemption, and has used said exemption to exchange for discharge of the public debt alleged by Libellee.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

18. Libellee(s) admits, KANKAKEE COUNTY Officers, have compelled Libellant by use of threat, duress, and coercion to sign and deliver an exemption-exchange instrument, ie. promissory note, for discharge and settlement of the accounts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

19. Libellee(s) admits, KANKAKEE COUNTY Officers, have accepted said discharge instrument as legal tender by their act of retaining said instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

20. Libellee(s) admits, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY after accepting the discharge instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

21. Libellee(s) admits, KANKAKEE COUNTY Officers, have compelled Libellant for the second time by use of threat, duress, and coercion to sign and deliver a second exemption-exchange instrument, ie. Bond for Discharge, for discharge and settlement of the same accounts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

22. Libellee(s) admits, KANKAKEE COUNTY Officers, have accepted the second discharge instrument as legal tender by their act of retaining said instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

23. Libellee(s) admits, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY after accepting the second discharge instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

24. Libellee(s) admits, KANKAKEE COUNTY Officers, have claimed Libellant's intellectual property, ie. Tax exemption, and has withheld the pre-paid interest due Libellant claiming it as a deduction on KANKAKEE COUNTY's Fiduciary Tax Reports.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

25. Libellee(s) admits, KANKAKEE COUNTY Officers, is indebted to Libellant in the amounts of the

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                               Registered Mail #RB 906494799 US

promissory note, the bond, and the prepaid interest.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

26. Libellee(s) admits, KANKAKEE COUNTY Officers, never disclosed this fact and did not issue a check to Libellant for the capital and interest from the labor credit claimed against taxpayer MARK ANTHONY's account.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

27. Libellee(s) admits KANKAKEE COUNTY never incurred any risks, loss or costs to acquire the benefit of the valuable credit/labor of Libellee claimed as a deduction on KANKAKEE COUNTY's Fiduciary Tax Reports.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

28. Libellee(s) admits, KANKAKEE COUNTY Officers, have failed to present a maritime contract between Libellee and MARK ANTHONY.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

29. Libellee admits, KANKAKEE COUNTY Officers, have presented inaccurate, irrelevant, untimely and incomplete Fiduciary Tax Reports and public records to courts of fiction to obtain judgment for sale of property and tax deed fraudulently.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

30. Libellee(s) admits it follows Generally Accepted Accounting Practices (GAAP).
**ANSWER:** [Admits/Acknowledge if no answer is provided]

31. Libellee(s) admits KANKAKEE COUNTY have used fictitious names on commercial documents to deprive the Libellant of property.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

32. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

33. Libellee(s) admits, KANKAKEE COUNTY Officers, have failed to adjust the accounts of MARK ANTHONY.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

34. Libellee(s) admits Libellee, KANKAKEE COUNTY Officers, have made false and fraudulent entries into specially coded files such as Fiduciary Tax Reports and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

35. Libellee(s) admits, KANKAKEE COUNTY Officers, have never made a verified assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading re MARK ANTHONY.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

36. Libellee(s) admits, KANKAKEE COUNTY, as subcorporation of the UNITED STATES, is bankrupt and must operate pursuant to House Joint Resolution 192, June 5, 1933.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                    Registered Mail #RB 906494799 US

37. Libellee(s) admits KANKAKEE COUNTY has been using the credit of Libellant without remuneration to Libellant.

.ANSWER: [Admits/Acknowledge if no answer is provided]

38. Libellee(s) admits, KANKAKEE COUNTY, after receiving Libellant's Acceptances for Value of presentments and exemption-exchange instruments, still claimed the charges existed and therefore is liable for the debt.

ANSWER: [Admits/Acknowledge if no answer is provided]

39. Libellee(s) admits KANKAKEE COUNTY has failed to provide a remedy to Libellant and is operating outside the UNITED STATES bankruptcy- a criminal offense.

ANSWER: [Admits/Acknowledge if no answer is provided]

40. Libellee(s) admits KANKAKEE COUNTY is holding the discharging instruments and has failed to provide Libellee with a copy of the 1099 OID; therefore, Libellee is tax delinquent since the claim is considered Libellant's exemption.

ANSWER: [Admits/Acknowledge if no answer is provided]

41. Libellee(s) admits, KANKAKEE COUNTY Officer(s) and Co-Party(ies) perjured his oath of office as is common practice in carrying out his official duty and have committed constitutional impermissible application of the statute against Libellant.

ANSWER: [Admits/Acknowledge if no answer is provided]

42. Libellee(s) admits, KANKAKEE COUNTY, its Co-Party(ies) and Officers, have defaulted, dishonored, remained silent, refused and/or uncontroverted every administrative request and proceeding from MARK ANTHONY, and Mark: anthony since 1999 witnessed by notary publics stripping them of every legal right, rendering every legal recourse Libellee(s) has taken to date null and void and making them liable for damages caused to Libellant.

ANSWER: [Admits/Acknowledge if no answer is provided]

43. Libellee(s) admits KANKAKEE COUNTY was noticed of Libellant's reservation of rights to not be compelled to volunteer in-personam jurisdiction without cause and with jurisdiction remaining unproven, rendering Libellant's appearance a non-appearance in every court proceeding commenced in equity in case (s) #02-tx-93 and #04-tx-01 and every JUDGEMNT/ORDER resulting, null and void, and causing Libellant further damage

ANSWER: [Admits/Acknowledge if no answer is provided]

44. Libellee(s) admits, KANKAKEE COUNTY, its Co-Party(ies) and Officers, did knowingly, willfully, continuously, and maliciously trespass Libellant's private administrative remedy proceedings and contract causing Libellant injury and damages.

ANSWER: [Admits/Acknowledge if no answer is provided]

45. Libellee(s) admits that KANKAKEE COUNTY is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts

ANSWER: [Admits/Acknowledge if no answer is provided]

46. Libellee(s) admits that if the Libellee(s), it's Co-Party(ies) and Officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, Officers and Co-Party(ies) are required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any

Page 11 of 14 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                    Registered Mail #RB 906494799 US

such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

47. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Notary Acceptor only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.  5 USC §706

**ANSWER:** [Admits/Acknowledge if no answer is provided]

48. Libellee(s) admits it is mandatory to place themselves under unlimited liability commercial oath to secure integrity in their responses.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

49. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

50. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument will result in an increase of ten (10) times for Compensatory Punitive Damages shall prevail contractually.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

51. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

52. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing MARK ANTHONY's.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

53. Libellee(s) admit that Libellant is using the Copyrighted Statutes of Illinois and the United States for his remedy and not for profit.

**ANSWER:** [Admits/Acknowledge if no answer is provided]

## NOTICE

These statements and the ANSWERS contained herein may be used by Libellant, if necessary in any court of competent jurisdiction.

## ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S. Ct. 1032 (no. 89-1279)

For Conversion                          4 times for Compensatory Damages
                                        200 times for Punitive Damages

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA06082005                                    Registered Mail #RB 906494799 US

## ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid or tendered by MARK ANTHONY for the years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 whereas Libellant paid annual payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to KANKAKEE COUNTY personnel and "Acceptance for Value" paperwork through June 1, 2005.

### COMPUTED AS FOLLOWS

| $ | 10,505.00 | Refund due MARK ANTHONY for years 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-033 |
|---|---|---|
| $ | 1,247.00 | Refund due MARK ANTHONY for years 1998, 1999, 2000, 2001 for real estate parcel #10-19-21-301-042 |
| $ | 11,752.00 | Total Funds fraudulently levied |
| $ | 7,250.00 | $75.00/hour for time spent on documents presented by Libellees plus postage, costs, expenses |
| $ | 19,102.00 | Sum Certain of Actual Cost Funds |

### CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| $ | 19,102.00 | Sum Certain of Actual Cost Funds |
|---|---|---|
|  | x 4 | Rights Violations Compensation Multiplier |
| $ | 76,408.00 | Compensatory Damages |
| $ | 76,408.00 | Sum Certain of Actual Cost Funds |
|  | x 200 | Punitive Compensation Multiplier |
| $ | 15,281,600.00 | Punitive Damages |
| $ | 76,408.00 | Compensatory Damages |
| $ | 15,281,600.00 | Punitive Damages |
| $ | 15,358,008.00 | Total Damages for Conversion |

### SUM CERTAIN FOR CONVERSION

$15,358,008.00 as of June 8, 2005

Fifteen Million Three Hundred Fifty-Eight Thousand Eight Dollars and no cents

"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"

Page 13 of 14 pages

**NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**

**E-FILED**

Thursday, 29 December, 2005  12:32:48 PM
Clerk, U.S. District Court, ILCD

ORIGINAL **NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06082005                                      Registered Mail #RB 906494799 US

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

### NOTICE TO RESPOND

Affiant grants Libellee Ten (10) days, exclusive of the day of receipt to respond to the statements, claims and inquiries above. Failure to respond will constitute as an operation of law, the admission of Libellee by TACIT PROCURATION to the statements, claims and ANSWERS to inquires shall be deemed RES JUDICATTA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. This is a perfected Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING.

It is also mandatory that if Libellee responds to the foregoing, it must be by delivering to Affiant's **NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY** and to Affiant's mailing location exactly as shown below:

> Mark: anthony, Creditor Secured Party,
> C/o Bridgette Richards, Notary Acceptor
> Post Office Box 315
> Hopkins Park [60944] Illinois

That it is mandatory that Libellee sign and certify "under penalty of perjury complete with SSN number under the laws of the United States of America" under 28 USC §1746, all ANSWERS or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant's can know that Affiant's is dealing with the Libellee and that Libellee is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Libellee's response must be on first hand knowledge in affidavit sworn, properly sworn and subscribed to.

Libellant looks forward to your timely response. Further Libellant sayeth naught.

Given under my hand and seal this ___ $\mathscr{8}$ ___ day of the ___ *six th* ___ month of 2005 anno Domini.

Prepared and submitted by:

*Mark Anthony*

Mark: anthony, Creditor, Secured Party

**NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**

FILE # MA06082005                                    Registered Mail #RB 906494799 US

**ORIGINAL**

### AFFIDAVIT OF SERVICE

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
### ADMINISTRATIVE REMEDY

| | |
|---|---|
| Illinois State | ) |
| | ) ss. |
| Kankakee County | ) |

I am over 18 years of age and not a party to the within action.  My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the ____9____ day of ____June____, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, 'NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY'", File # 06082005, subscribed by Mark: anthony, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:          BRUCE CLARK, Et al.
                   189 East Court
                   KANKAKEE COUNTY
                   Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:        BRUCE CLARK, Et al.
                   KANKAKEE COUNTY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA06082005                                    Registered Mail #RB 906494799 US

ORIGINAL 189 East Court
           Kankakee, Illinois 60901

Libellee is additionally subject to <u>postal</u>
<u>statutes</u> and the jurisdiction of the
Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this _9_ th day of _June_____, 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```



Reg. Fee
7.50

Handling
Charge

Return
Receipt  1.75

Postage
3.95

Restricted
Delivery

Received by

Customer Must Declare
Full Value $

With Postal
Insurance

Without Postal
Insurance

JUN - 9 2005

USPS

Domestic insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
(See Reverse).

To Be Completed By Post Office

OFFICIAL USE

% Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park   [60944]
Illinois        #MAC608 2005

FROM

Bruce Clark, Clerk of
Kankakee County
189 East Court
Kankakee, Illinois  60901

TO

To Be Completed By Customer
(Please Print)
All Entries Must Be In Ballpoint or Typed

PS Form 3806,   Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)        (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park   [60944]
Illinois

#MAC608 2005

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~John W Lerler~  ☑ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

JOHN WHEELER   6-10-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Bruce Clark, Clerk of
Kankakee County
189 East Court
Kankakee, Illinois 60901

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)  RB 906 494 799 US

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06202005                                    Registered Mail #RB 906494811 US

ORIGINAL

Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### 28 U.S.C. §1333 and §1337

### NOTICE OF FAULT

#### FILE # MA06202005

Date: June 20, 2005

Libellant:    Mark: anthony, Creditor Secured Party,
              C/o Bridgette Richards, Notary Acceptor
              Post Office Box 315
              Hopkins Park [60944] Illinois

Libellee:     BRUCE CLARK, Et al.
              189 East Court
              KANKAKEE COUNTY
              Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:   BRUCE CLARK, Et al.
              KANKAKEE COUNTY
              189 East Court
              Kankakee, Illinois 60901

Libellee is additionally subject to
postal statutes and the jurisdiction
of the Universal Postal Union.

Page 1 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06202005                              Registered Mail #RB 906494811 US

**ORIGINAL**   **COMMERCIAL OATH AND VERIFICATION**

Kankakee County            )
                           )           **Commercial Oath and Verification**
The State of Illinois       )

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being
of sound mind states that the facts contained herein are true, correct, complete and not misleading to the
best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_Mark: anthony_
Signature  lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath

this ___21___ day of ___June___, 2005.

_Bridgette Richards_
        Notary

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

**STATEMENT OF FACTS**

1.  On June 10, 2005, KANKAKEE COUNTY and its Co-Party(ies) and Officers, received service of
    Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim
    Administrative Remedy, File # MA06082005. (See attached copy of United States Postal Service
    Domestic Receipt: **#RB 906494799 US**).

2.  Libellant granted KANKAKEE COUNTY and its Co-Party(ies) and Officers, ten (10) days to
    respond, or in the alternative, admit all claims and answers to inquires verified therein.

3.  Libellant has received no response from KANKAKEE COUNTY and its Co-Party(ies) and Officers.

4.  The witness, Bridgette Richards, Notary Acceptor, acknowledges and testifies a non-response to
    mailed Notice of International Commercial Claim Administrative Remedy, File # MA06082005 dated
    July 8, 2005.

5.  KANKAKEE COUNTY and its Co-Party(ies)(ies) and Officers are at fault.

6.  As an operation of law, KANKAKEE COUNTY and its Co-Party(ies) and Officers has/have admitted
    to the statements, claims and ANSWERS to inquires verified therein.

7.  KANKAKEE COUNTY and its Co-Party(ies) and Officers have a duty to make the appropriate
    changes agreed to and enforce the changes in the referenced documents in the Notice of International
    Commercial Claim Administrative Remedy, File # MA06082005.

8.  KANKAKEE COUNTY and its Co-Party(ies) and Officers are reminded of their Duty of contract, the
    performance of which is secured by Official Bond or surety, and the duty to take the appropriate
    actions applicable and referenced at Public Law 42 USC 1986.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06202005                                       Registered Mail #RB 906494811 US

**ORIGINAL**   **ADMITTED ANSWERS TO INQUIRES**

The Administrative Record for Libellant's International Commercial Claim Administrative Remedy, File #MA06082005, as identified in Statement 1 above, shows that all of the Inquires in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Libellee's failure/refusal or choice not to respond.

Further Libellant sayeth naught.

## OPPORTUNITY TO CURE

If KANKAKEE COUNTY and it's Co-Party(ies) and Officers failure to respond is an oversight, mistake or otherwise unintentional, Libellant grants KANKAKEE COUNTY and its Co-Party(ies) and Officers three (3) days, exclusive of the day of receipt, to serve a response to the statements, claims and inquires in the Libellant's petition of International Commercial Claim Administrative Remedy, File # MA06082005, (a copy attached hereto), that KANKAKEE COUNTY and its Co-Party(ies) and Officers received via Registered mail on June 10, 2005 as evidence by Libellant's assertion of facts in Statement 1 of this document, and a copy of which is attached hereto.

Failure to cure will constitute, as an operation of law, the FINAL admission by KANKAKEE COUNTY and its Co-Party(ies) and Officers through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL binding on KANKAKEE COUNTY and its Co-Party(ies) and Officers.

Based upon KANKAKEE COUNTY and its Co-Party(ies) and Officers default to Libellant's petition of International Commercial Claim Administrative Remedy, File # MA06082005, KANKAKEE COUNTY and its Co-Party(ies) and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

KANKAKEE COUNTY and its Co-Party(ies) and Officers response must be served upon Libellant exactly as provided:

Mark: anthony, Creditor Secured Party,
C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

Libellant looks forward to KANKAKEE COUNTY and its Co-Party(ies) and Officers timely response.

Further Libellant sayeth naught.

Given under my hand and seal this the _____20th_____ day of the _____$Sixth$_____ month of 2005 anno Domini.
Prepared and submitted by:

Mark: anthony, UCC 3-402 (b)(x)
Libellant

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06202005                                   Registered Mail #RB 906494811 US

**AFFIDAVIT OF SERVICE**

ORIGINAL **NOTICE OF FAULT – OPPURTUNITY TO CURE**

Illinois State                    )
                                  )   ss.
Kankakee County                   )

I am over 18 years of age and not a party to the within action.  My business address is:

Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the ___21___ day of ___June___, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original  NOTICE OF FAULT – OPPURTUNITY TO CURE, File # MA06202005, subscribed by Mark: anthony, Agent, with NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File #MA06082005.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPURTUNITY TO CURE" in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:          BRUCE CLARK, Et al.
                   189 East Court
                   KANKAKEE COUNTY
                   Kankakee, Illinois 60901

|                                      |                        |
|--------------------------------------|------------------------|
| KANKAKEE COUNTY                      | MUNICIPAL CORPORATION  |
| KARL A. KRUSE                        | CHAIRMAN               |
| MARK J. FRECHETTE                    | TREASURER              |
| EDWARD D. SMITH                      | ATTORNEY               |
| BRENDA L. GORSKI                     | ATTORNEY               |
| COUNTY DELINQUENT TAX AGENT          | CORPORATION            |
| JOSEPH E. MYER                       | AGENT                  |
| STEPHEN P. SCHRIMPF                  | ATTORNEY               |
| MNM                                  | CORPORATION            |
| ADAIR ASSET MANAGEMENT/US BANK       | CORPORATION            |
| GREGORY HOUSEHOLTER                  | JUDGE                  |
| DAVID YOUCK                          | JUDGE                  |
| MICHAEL KICKS                        | CHIEF JUDGE            |
| MICHAEL J. MCGIVERN                  | ATTORNEY               |
| LISA MADIGAN                         | ATTORNEY               |

In care of:        BRUCE CLARK, Et al.
                   KANKAKEE COUNTY
                   189 East Court
                   Kankakee, Illinois 60901

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

ORIGINAL

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06202005                                     Registered Mail #RB 906494811 US

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this ___21___ day of ___June___, 2005 ".

Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009

Page 2 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

FILE # MA06082005                                    Registered Mail #RB 906494799 US

ORIGINAL        **AFFIDAVIT OF SERVICE (Amended)**

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
### ADMINISTRATIVE REMEDY

Illinois State              )
                            )' ss.
Kankakee County             )

I am over 18 years of age and not a party to the within action.  My business address is:


Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the  _21_  day of  _June_  , 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original "For the Petition for Agreement and Harmony within the Admiralty in the
Nature of, 'NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
ADMINISTRATIVE REMEDY'", File # 06082005, subscribed by Mark: anthony, Agent.

2. One copy of this amended Affidavit of Service (that mistakingly was  *only one original copy* enclosed, in original mailing of petition
served on June 9, 2005) for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN
THE ADMIRALTY, ADMINISTRATIVE REMEDY",  in a sealed envelope with postage pre-paid, properly
addressed to:

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:     BRUCE CLARK, Et al.
                KANKAKEE COUNTY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA06082005

Registered Mail #RB 906494799 US

ORIGINAL East Court
            Kankakee, Illinois 60901

Libellee is additionally subject to <u>postal</u>
<u>statutes</u> and the jurisdiction of the
Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this $21^{th}$ day of June, 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

```
************************************
*          Official Seal          *
*        Bridgette Richards       *
*   Notary Public – State of Illinois   *
*  My Commission Expires Feb. 2, 2009  *
************************************
```

Page 2 of 2 pages
**NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
Affidavit of Service

RB906496811US

2:05 pm-CC2081-MFM-JCB #1-2

Reg. Fee
8.00

**To Be Completed By Post Office**

| Handling Charge | | Return Receipt | 1.75 |
| Postage | 4.75 | Restricted Delivery | |
| Received by | | | |

UNIT ID: 0914
Slerk: KNJOW3
06/24/05

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $ 5.00

□ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Bridgette K Chards, Notary Recepta
Post Office Box 315
Hopkins Park [60944]
Illinois                          MAD6 202ord5

TO
Bruce Clark, Clerk Et. al.
Kankakee County
189 East Court
Kankakee, IL 60901

PS Form **3806**, **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)     *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Clerk, Etc.
Kankakee County
189 E Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *John Wheeler*     ☒ Agent     □ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
JCHN  WHEELER     6-22-05

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:     □ No

3. Service Type
   □ Certified Mail     □ Express Mail
   ☒ Registered     □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     □ Yes

2. Article Number
*(Transfer from service label)*     RB 906 494 811 US

PS Form **3811**, August 2001     Domestic Return Receipt     102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards
Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois.                    MAcb202005

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06302005                                    Registered Mail #RB 906494989 US

ORIGINAL

Mark Anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### 28 U.S.C. §1333 and §1337

### NOTICE OF DEFAULT

### FILE # MA06302005

Date: June 30, 2005

Libellant:         Mark: anthony, Creditor Secured Party,
                   C/o Bridgette Richards, Notary Acceptor
                   Post Office Box 315
                   Hopkins Park [60944] Illinois

Libellee:          BRUCE CLARK, Et al.
                   189 East Court
                   KANKAKEE COUNTY
                   Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:        BRUCE CLARK, Mail Carrier
                   KANKAKEE COUNTY
                   189 East Court
                   Kankakee, Illinois 60901          Libellee is additionally subject to
                                                     postal statutes and the jurisdiction
                                                     of the Universal Postal Union.

Page 1 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06302005                                    Registered Mail #RB 906494989 US

**ORIGINAL**          ### COMMERCIAL OATH AND VERIFICATION

Kankake  County            )
                           )          **Commercial Oath and Verification**
The State of Illinois       )

I, MARK ANTHONY, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

MARK ANTHONY
By: Mark: anthony, agent, Libellant, UCC 3-402 (b)(1)

_____
Signature   lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under

Oath this ___50 th___ day of ___June___, 2005.

_____
Notary

Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009

### STATEMENT OF FACTS

1.  On June 10, 2005, KANKAKEE COUNTY, and its Co-Party(ies) and Officers, received service of Petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, File # MA06082005.

2.  Libellant granted KANKAKEE COUNTY and its Co-Party(ies) and Officers, ten (10) days to respond, or in the alternative, admit all claims and answers to inquires verified therein.

3.  On June 22, 2005, KANKAKEE COUNTY and its Co-Party(ies) and Officers, received service of a NOTICE OF FAULT-OPPORTUNITY TO CURE            file # MA06202005 with  Notice of International Commercial Claim within the admiralty Administrative Remedy, File # MA06082005 and was therein granted three (3) days to cure the condition of Default.

4.  The witness, Bridgette Richards, Notary Acceptor acknowledges and testifies a non-response to Notice of International Commercial Claim Administrative Remedy, File # MA06082005, dated June 8, 2005, and Notice of Fault-Opportunity to Cure dated June 20, 2005, with  Notice of International Commercial Claim within the admiralty Administrative Remedy, File # MA06082005.

5.  Libellant has received no response from the KANKAKEE COUNTY and its Co-Party(ies) and Officers.

6.  KANKAKEE COUNTY and its Co-Party(ies) and Officers are at Default.

7.  As an operation of law, KANKAKEE COUNTY and its Co-Party(ies) and Officers have admitted to the statements, claims and answers to inquires verified therein.

8.  KANKAKEE COUNTY and its Co-Party(ies) and Officers have a duty to make the appropriate

Page 2 of 3  pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

FILE # MA06302005    **ORIGINAL** Mark: anthony, CREDITOR, SECURED PARTY

Registered Mail #RB 906494989 US

changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim within the Admiralty Administrative Remedy, File # MA06082005.

9.  KANKAKEE COUNTY and its Co-Party(ies) and Officers are reminded of their duty in contract, the performance of which is secured by Official Bond or surety, and the duty to take the appropriate actions applicable and referenced at Public Law 42 USC 1986.

### ﹡ **ADMITTED ANSWERS TO INQUIRES**

**Statement:** The Administrative Record for Libellant's International Commercial Claim within the Admiralty Administrative Remedy, File # MA06082005., as identified in Statements 1 and 3 above, shows that all of the Inquires in said file have been agreed to Admitted/Acknowledged by tacit procuration by Libellee's failure/refusal or choice not to respond.

**Response:** Libellee admits the answer is: YES

Further Libellant sayeth naught.

### **DEFAULT**

Based upon KANKAKEE COUNTY and its Co-Party(ies) and Officers default to Libellant's administrative process, KANKAKEE COUNTY and its Co-Party(ies) and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the _30th_ day of the _Sixth_ _month_ of 2005 anno Domini.

Prepared and submitted by:

Mark: Anthony, Libellant, UCC 3-402 (b)(1)

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06302005                              Registered Mail #RB 906494989 US

**ORIGINAL**                    **AFFIDAVIT OF SERVICE**
                                **NOTICE OF DEFAULT**

Kankakee County                )
                               )   ss.
The State of Illinois          )

I am over 18 years of age and not a party to the within action.  My business address is:

Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the ___5th___ day of ___July___, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original NOTICE OF DEFAULT, File #06302005, subscribed by Louise:
anthony, Agent.
2.  One copy of this Affidavit of Service for each copy of NOTICE OF DEFAULT in a sealed envelope
with postage pre-paid, properly addressed to:

Libellee:          BRUCE CLARK, Et al.
                   189 East Court
                   KANKAKEE COUNTY
                   Kankakee, Illinois 60901

                   KANKAKEE COUNTY                      MUNICIPAL CORPORATION
                   KARL A. KRUSE                        CHAIRMAN
                   MARK J. FRECHETTE                    TREASURER
                   EDWARD D.  SMITH                     ATTORNEY
                   BRENDA L. GORSKI                     ATTORNEY
                   COUNTY DELINQUENT TAX AGENT          CORPORATION
                   JOSEPH E. MYER                       AGENT
                   STEPHEN P. SCHRIMPF                  ATTORNEY
                   MNM                                  CORPORATION
                   ADAIR ASSET MANAGEMENT/US BANK       CORPORATION
                   GREGORY HOUSEHOLTER                  JUDGE
                   DAVID YOUCK                          JUDGE
                   MICHAEL KICKS                        CHIEF JUDGE
                   MICHAEL J. MCGIVERN                  ATTORNEY
                   LISA MADIGAN                         ATTORNEY

In care of:        BRUCE CLARK, Mail Carrier
                   KANKAKEE COUNTY
                   189 East Court
                   Kankakee, Illinois 60901            Libellee is additionally subject to
                                                       postal statutes and the jurisdiction
                                                       of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct. Executed on this ___5th___ day of ___July___ 2005."

_Bridgette Richards_                                   ┌─────────────────────────────┐
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)   │      Official Seal          │
                                                       │   Bridgette Richards        │
                                                       │ Notary Public – State of Illinois │
                                                       │ My Commission Expires Feb. 2, 2009 │
                                                       └─────────────────────────────┘

Page 1 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

RB YO6 494 989 US

**To Be Completed By Post Office**

Reg. Fee $22/750

| Handling Charge | Return Receipt /75 |
| Postage $22/ | Restricted Delivery |
| Received by | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

JUL - 5 2005

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM:
Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois          MA0630 2005 (ND)

TO:
Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, IL 60901

PS Form 3806, **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
KANKAKEE COUNTY
189 East Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *John Wheeler*    ☑ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
JOHN WHEELER    7-6-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) RB 906 494 989 US

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards Notary Accepter
Post Office Box 315
Hopkins Park [60944]
Illinois

MA0630 2005 (ND)

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06302005                                        Registered Mail #RB 906494958 US

 ORIGINAL



Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
## NOTICE OF NON-RESPONSE AND CERTIFICATE OF DEFAULT
### 28 U.S.C. §1333 and §1337

### FILE # MA06302005

Date: June 30, 2005

Libellant:     Mark: anthony, Creditor Secured Party,
               C/o Bridgette Richards, Notary Acceptor
               Post Office Box 315
               Hopkins Park [60944] Illinois


Libellee:      BRUCE CLARK, Et al.
               189 East Court
               KANKAKEE COUNTY
               Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:    BRUCE CLARK, Mail Carrier
               KANKAKEE COUNTY
               189 East Court
               Kankakee, Illinois 60901

Libellee is additionally subject to
postal statutes and the jurisdiction
of the Universal Postal Union.

Page 1 of 2 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA06302005

**ORIGINAL**

Registered Mail #RB 906494958 US

The State of Illinois      )
                           )          Commercial Oath and Verification
Kankakee County            )

NOTARY ACCEPTOR,   Bridgette Richards, under her Commercial Oath with unlimited liability, proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of her private first hand knowledge and belief under penalty of International Commercial Law:

1.  That the evidence shows that the Libellees named in this administrative remedy were duly served the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY, File #MA06082005, by Registered Mail on June 9, 2005 AD.

2.  That 10 days to answer concluded on June 20, 2005 AD.

3.  That the NOTICE OF FAULT AND OPPORTUNITY TO CURE, File #MA06202005 was served upon Libellees by Registered mail on June 21, 2005 AD and 3 day OPPORTUNITY TO CURE commenced on June 23, 2005 AD.

4.  That the 3 days to cure concluded on June 27, 2005 AD with 3 days allowed for mailing.

5.  That the 3 days for mailing commenced on June 28, 2005 AD and concluded on June 30 , 2005 AD.

6.  That no response to any of the above notices is evidenced by U.S. MAIL and any other private carrier.

7.  That the NOTICE OF DEFAULT, File #MA06302005, was served upon Libellees by Registered mail on July 5, 2005.

8.  That the Libellees are now in DEFAULT without recourse and are found in agreement and harmony with the Libellant in this administrative remedy due process.

9.  NOTARY ACCEPTOR further sayeth naught.

SUBSCRIBED AND SWORN on this ____5th____ day of ____July____, 2005 by

_Bridgette Richards_
Bridgette Richards, NOTARY ACCEPTOR

> **Official Seal**
> **Bridgette Richards**
> **Notary Public – State of Illinois**
> **My Commission Expires Feb. 2, 2009**

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath

This ____5th____ day of ____July____, 2005.

_Alicia Saldivar_
Notary                                    Seal

> **"OFFICIAL SEAL"**
> **ALICIA SALDIVAR**
> **NOTARY PUBLIC, STATE OF ILLINOIS**
> **MY COMMISSION EXPIRES 05/31/06**

Page 2 of 2 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA07052005                                    Registered Mail #RB 906494958 US

## ORIGINAL            **AFFIDAVIT OF SERVICE**
**NOTICE OF NON-RESPONSE AND CERTIFICATE OF DEFAULT**

State of Illinois            )
                             )   ss.
Kankakee County              )

I am over 18 years of age and not a party to the within action. My business address is:

Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the ___8th___ day of __July_____, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original **NOTICE OF NON-RESPONSE AND CERTIFICATE OF DEFAULT**, File #MA06302005, subscribed by Bridgette Richards, Notary Acceptor.
2. One copy of this Affidavit of Service for each copy of **NOTICE OF NON-RESPONSE AND CERTIFICATE OF DEFAULT** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:        BRUCE CLARK, Et al.
                 189 East Court
                 KANKAKEE COUNTY
                 Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:      BRUCE CLARK, Mail Carrier
                 KANKAKEE COUNTY
                 189 East Court
                 Kankakee, Illinois 60901        Libellee is additionally subject to
                                                  postal statutes and the jurisdiction
                                                  of the Universal Postal Union.

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct. Executed on this ___8 th___ day of __July_____, 2005."

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

> **Official Seal**
> **Bridgette Richards**
> **Notary Public – State of Illinois**
> **My Commission Expires Feb. 2, 2009**

Page 1 of 1 pages
**NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**Affidavit of Service**

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA07082005

Registered Mail #RB 906494944 US



Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### FIRST NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

28 U.S.C. §1333 and §1337

FILE # MA07082005

Date: July 08, 2005

Libellant:     Mark: anthony, Creditor Secured Party,
               C/o Bridgette Richards, Notary Acceptor
               Post Office Box 315
               Hopkins Park [60944] Illinois

Libellee:      BRUCE CLARK, Et al.
               189 East Court
               KANKAKEE COUNTY
               Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:    BRUCE CLARK, Mail Carrier
               KANKAKEE COUNTY
               189 East Court
               Kankakee, Illinois 60901

Libellee is additionally subject to
postal statutes and the jurisdiction
of the Universal Postal Union.

Page 1 of 3 pages

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA07082005                                                          Registered Mail #RB 906494944 US

Libellant is moving pursuant to U.C.C. Article 9 causing this NOTICE OF DEMAND AND
SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the
Admiralty" Ab Initio" pursuant to 28 U.S.C. §1333 and/or § 1337

Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and
portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of
the Sum Certain $15,358,008.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in
collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/
Contract, File # MA06082005, will be recorded on a UCC 1 Financing Statement for the purpose of
assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever
controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process.
Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively.
All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim of 4 times for compensatory
and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and
conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the
Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile
presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of
Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency
with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any
and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown
and expressly and exactly as shown:

Mark: anthony, Creditor Secured Party,
C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

Service is required by U.S. Mail Registered on all correspondence at both the Libellant's and the Notary
Acceptor's location shown above.

## COMMERCIAL OATH "WITHIN THE ADMIRALTY" AND VERIFICATION

State of Illinois                  )
                                   )        Commercial Oath and Verification
Kankakee County                    )

I, MARK ANTHONY, certify under my unlimited liability Commercial Oath, having first hand
knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain.
I speak the truth, the whole truth and nothing but the truth, so help me God.

**NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA07082005                                                    Registered Mail #RB 906494944 US

ORIGINAL

MARK ANTHONY, Affiant

By: _____, agent, U.C.C. 3-402 (b) (1)
        Mark: anthony, Agent

State of Illinois                    )
                                     )          Commercial Oath and Verification
Kankakee County          (        )  `

I Certify that the afore Affiant appeared before me, a Notary, Subscribed and sworn and under Oath

this_____11th_____ day of ___July_____ 2005. Witness my hand and official Seal.

_____
Bridgette Richards, NOTARY ACCEPTOR

```
┌────────────────────────────────────┐
│            Official Seal           │
│          Bridgette Richards        │
│    Notary Public – State of Illinois│
│  My Commission Expires Feb. 2, 2009│
└────────────────────────────────────┘
```

Page 3 of 3 pages

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA07082005                                          Registered Mail #RB 906494944 US

**ORIGINAL**         **AFFIDAVIT OF SERVICE**
**FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW**

Illinois State                    )
                                  )    ss.
Kankakee County                   )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the _____12th_____ day of ___July_____, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original **FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF
THE ESCROW** , File # MA07082005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **FIRST NOTICE OF DEMAND AND SETTLEMENT
FOR CLOSING OF THE ESCROW** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:           BRUCE CLARK, Et al.
                    189 East Court
                    KANKAKEE COUNTY
                    Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:         BRUCE CLARK, Mail Carrier
                    KANKAKEE COUNTY
                    189 East Court
                    Kankakee, Illinois 60901         Libellee is additionally subject to postal
                                                     statutes and the jurisdiction of the
                                                     Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this __12__ day of ____July_____, 2005 ".

_Bridgette Richards_

Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 1 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

istered No.

ate stamp

| Reg. Fee | 7.50 | | |
|---|---|---|---|
| Handling Charge | | Return Receipt | 1.75 |
| Postage | 2.21 | Restricted Delivery | |
| Received by | SO | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM

Bridgette Richards, Notary Receptor
Post Office Box 315
Hopkins Park L60944
Illinois                     MA0708206

TO

Bruce Clark, Mail Carrier
KANKAKEE COUNTY
189 East Court
Kankakee Illinois 60901

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
KANKAKEE COUNTY
189 East Court
Kankakee, IL 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  John W Wheeler      ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
JOHN WHEELER      7-13-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label) RB 406 494 9## US

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois

MAR 08 2005

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA07212005                                Registered Mail #RB 906494927 US

ORIGINAL

Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

### 28 U.S.C. §1333 and §1337

### FILE # MA07212005

Date: July 21, 2005

Libellant:      Mark: anthony, Creditor Secured Party,
                C/o Bridgette Richards, Notary Acceptor
                Post Office Box 315
                Hopkins Park [60944] Illinois

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901           Libellee is additionally subject to
                                                    postal statutes and the jurisdiction
                                                    of the Universal Postal Union.

Page 1 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA07212005                              Registered Mail #RB 906494927 US

Libellant is moving pursuant to U.C.C. Article 9 causing this NOTICE OF DEMAND AND SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the Admiralty" Ab Initio" pursuant to 28 U.S.C. §1333 and/or § 1337

Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain $15,358,008.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/ Contract, File # MA06082005, will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim of 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a hostile exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

Mark: anthony, Creditor Secured Party,
C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

Service is required by U.S. Mail Registered on all correspondence at both the Libellant's and the Notary Acceptor's location shown above.

## COMMERCIAL OATH "WITHIN THE ADMIRALTY" AND VERIFICATION

State of Illinois                    )
                                     )        Commercial Oath and Verification
Kankakee County                      )

I, MARK ANTHONY, certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA07212005                                              Registered Mail #RB 906494927 US

**MARK ANTHONY, Affiant**        ORIGINAL

By: _Mark : Anthony_ , agent, U.C.C. 3-402 (b) (1)
        Mark: anthony, Agent

State of  Illinois                    )
                                      )        Commercial Oath and  Verification
Kankakee County          (      )  '

I Certify that the afore Affiant appeared before me, a Notary, Subscribed and sworn and under Oath

this  22nd  day of  July  2005. Witness my hand and official Seal.

_Bridgette Richards_
Bridgette Richards, NOTARY ACCEPTOR

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 3 of 3  pages

**NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA07212005                                              Registered Mail #RB 906494927 US

**ORIGINAL**              AFFIDAVIT OF SERVICE
SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Illinois State                          )
                                        )  ss.
Kankakee County                         )

I am over 18 years of age and not a party to the within action.  My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the _22nd_ day of _July_____, 2005, I served the following by Registered Mail:

1. Sixteen (16) copies of Original **SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW** , File # MA07212005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **SECOND NOTICE OF DEMAND AND SETTLE-MENT FOR CLOSING OF THE ESCROW** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:          BRUCE CLARK, Et al.
                   189 East Court
                   KANKAKEE COUNTY
                   Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:        BRUCE CLARK, Mail Carrier
                   KANKAKEE COUNTY
                   189 East Court
                   Kankakee, Illinois 60901                   Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _22_ day of _July_____, 2005."

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

**Official Seal**
**Bridgette Richards**
**Notary Public – State of Illinois**
**My Commission Expires Feb. 2, 2009**

| | Reg. Fee | 7.50 | | |
|---|---|---|---|---|
| To Be Completed By Post Office | Handling Charge | | Return Receipt | 1.75 |
| | Postage | 2.21 | Restricted Delivery | |
| | Received by | | TM | |
| | Customer Must Declare Full Value $ | | With Postal Insurance / Without Postal Insurance | Postage insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park C 60940]
Illinois                    (MAO 24 2005-50)

TO: Bruce Clark, Mail Carrier
KANKAKEE COUNTY
189 East Court
Kankakee, Illinois 60901

**PS Form 3806,** **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051)          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
KanKaKee County
189 East Court
KanKaKee, Illinois
                    60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
                    ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery
SMASH WHEELER | 7-25-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☒ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label) RB 906 494 927 US

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois

(MA07212005 5)

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA08022005

Registered Mail #RB 906494900 US

ORIGINAL

Mark: anthony, Secured Party
Kankakee County
The State of Illinois
United States of America 1776 AD



Petition for Agreement and Harmony within the admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL
## CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR THE
### CLOSING OF THE ESCROW
### 28 U.S.C. §1333 and §1337

FILE # MA08022005

Date: August 02, 2005

| | |
|---|---|
| Libellant: | Mark: anthony, Creditor Secured Party,<br>C/o Bridgette Richards, Notary Acceptor<br>Post Office Box 315<br>Hopkins Park [60944] Illinois |
| Libellee: | BRUCE CLARK, Et al.<br>189 East Court<br>KANKAKEE COUNTY<br>Kankakee, Illinois 60901 |

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

| | |
|---|---|
| In care of: | BRUCE CLARK, Mail Carrier<br>KANKAKEE COUNTY<br>189 East Court<br>Kankakee, Illinois 60901 |

Libellee is additionally subject to
postal statutes and the jurisdiction
of the Universal Postal Union.

Page 1 of 3 pages

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA08022005                                        Registered Mail #RB 906494900 US

Libellant is moving pursuant to U.C.C. Article 9 causing this NOTICE OF DEMAND AND SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the Admiralty" Ab Initio" pursuant to 28 U.S.C. §1333 and/or § 1337

Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain \$15,358,008.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/ Contract, File # MA06082005, will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

Libellees violations are deemed a trespass and enlarge the value of the claim of 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

Mark: anthony, Creditor Secured Party,
C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

Service is required by U.S. Mail Registered on all correspondence at both the Libellant's and the Notary Acceptor's location shown above.

## COMMERCIAL OATH "WITHIN THE ADMIRALTY" AND VERIFICATION

State of  Illinois                      )
                                        )        Commercial Oath and Verification
Kankakee County                         )

I, MARK ANTHONY, certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Mark: anthony, CREDITOR, SECURED PARTY**

FILE # MA08022005                                    Registered Mail #RB 906494900 US

**ORIGINAL**

MARK ANTHONY, Affiant

By: _Mark : anthony_ , agent, U.C.C. 3-402 (b) (1)
         Mark: anthony, Agent

State of  Illinois                    )
                                      )    Commercial Oath and  Verification
Kankakee County            ʳ     )  ˙

I Certify that the afore Affiant appeared before me, a Notary, Subscribed and sworn and under Oath

this_____2ⁿᵈ_____ day of _August_____ 2005. Witness my hand and official Seal.

_Bridgette Richards_
Bridgette Richards, NOTARY ACCEPTOR

```
Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009
```

Page 3 of 3 pages

**NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Mark: anthony, CREDITOR, SECURED PARTY

FILE # MA08022005

Registered Mail #RB 906494900 US

ORIGINAL

**AFFIDAVIT OF SERVICE**

**CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW**

Illinois State          )
                        )  ss.
Kankakee County         )

I am over 18 years of age and not a party to the within action. My business address is:

C/o Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944] Illinois

On this the __2nd__ day of __August__ , 2005, I served the following by Registered Mail:
1. Sixteen (16) copies of Original **CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLE-MENT FOR CLOSING OF THE ESCROW** , File # MA08022005, subscribed by Mark: anthony, Agent.
2. One copy of this Affidavit of Service for each copy of **CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW** in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| EDWARD D. SMITH | ATTORNEY |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| GREGORY HOUSEHOLTER | JUDGE |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901

Libellee is additionally subject to postal
statutes and the jurisdiction of the
Universal Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __3rd__ day of __August__ , 2005 ".

_Bridgette Richards_
Bridgette Richards, Notary Acceptor UCC 3-402 (b)(1)

Official Seal
Bridgette Richards
Notary Public – State of Illinois
My Commission Expires Feb. 2, 2009

Page 1 of 1 pages
NOTICE OF INTERNATIONAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Affidavit of Service

N3406-944-760 US

| To Be Completed By Post Office | Handling Charge | | Return Receipt | 175 |
|---|---|---|---|---|
| | Postage | 2.21 | Restricted Delivery | |
| | Received by | | | |

Customer Must Declare Full Value $    ☐ With Postal Insurance    ☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
Centa te Rechards, Notary Acceptor
P.O. Box 315
Hopkins Park [60944]
Illinois (MA08022005)

**TO**
Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, Illinois 60901

PS Form 3806, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce Clark, Mail Carrier
Kankakee County
189 East Court
Kankakee, Illinois 60901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   Rich Lane   C. Date of Delivery 8-4-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)   RB906 494 900 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bridgette Richards, Notary Acceptor
Post Office Box 315
Hopkins Park [60944]
Illinois
(MA08022005)

## CERTIFICATE OF MAILING

I certify that a True and Correct Copy of the afore document is served upon the following parties by

prepaid First Class US Mail this $\mathcal{O}7$ <sup>th</sup> day of _December_____, 2005.

AMENDED COMMERCIAL NOTICE OF FOREIGN JUDGMENT - with attachments
CERTIFICATE OF MAILING

Libellee:       BRUCE CLARK, Et al.
                189 East Court
                KANKAKEE COUNTY
                Kankakee, Illinois 60901

| | |
|---|---|
| KANKAKEE COUNTY | MUNICIPAL CORPORATION |
| KARL A. KRUSE | CHAIRMAN |
| MARK J. FRECHETTE | TREASURER |
| *EDWARD D. SMITH* | *ATTORNEY* |
| BRENDA L. GORSKI | ATTORNEY |
| COUNTY DELINQUENT TAX AGENT | CORPORATION |
| JOSEPH E. MYER | AGENT |
| STEPHEN P. SCHRIMPF | ATTORNEY |
| MNM | CORPORATION |
| ADAIR ASSET MANAGEMENT/US BANK | CORPORATION |
| *GREGORY HOUSEHOLTER* | *JUDGE* |
| DAVID YOUCK | JUDGE |
| MICHAEL KICKS | CHIEF JUDGE |
| MICHAEL J. MCGIVERN | ATTORNEY |
| LISA MADIGAN | ATTORNEY |
| CHRIS BECK | ATTORNEY |
| HERVAS, SOTOS, BERSANI, P.C. | CORPORATION |

In care of:     BRUCE CLARK, Mail Carrier
                KANKAKEE COUNTY
                189 East Court
                Kankakee, Illinois 60901                Libellee is additionally subject to
                                                        postal statutes and the jurisdiction
                                                        of the Universal Postal Union.

_____, Third Party Intervener/Libellant
Mark: anthony