E-FILED
Tuesday, 03 January, 2006  12:22:24 PM
Clerk, U.S. District Court, ILCD

Mark Anthony
C/O Post Office Box 92
Hopkins Park [60944]
*Illinois*

JOHN WATERS, CLERK
UNITED STATES CENTRAL DISTRICT COURT
201 S. Vine St.
Urbana, IL 61801

**FILED**

JAN -3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

05-mc-2081

December 27, 2005

RE: Documents for Filing of Foreign Judgment submitted December 26, 2005

Dear CLERK,

*Enclosed is a CORRECTED copy of the affidavit of mailing locations required when filing foreign judgments. The Affidavit dated December 26, 2005, is hereby **rescinded and voided** due to typing errors of certain addresses which I have since discovered. Please enter the enclosed affidavit into the case record for Foreign Judgment submitted by me on December 26, 2005, as the required affidavit to be submitted. I apologize for any inconvenience this may have caused you.*

Sincerely,

*[signature]*
Mark: anthony, Secured Party Creditor, Libellant

# AFFIDAVIT

I, Mark: anthony, Affiant, certify that to the best of my knowledge the foregoing addresses is the most recent known mailing location AS CORRECTED for below individual parties:

LIBELLANT/CREDITOR:

Mark Anthony
C/O Post Office Box 92
Hopkins Park [60944]
Illinois

LIBELLEES/DEBTORS:

BRUCE CLARK, CLERK, 189 East Court, Kankakee, IL 60901
KANKAKEE COUNTY, MUNICIPAL CORPORATION, 189 East Court, Kankakee, IL 60901
KARL A. KRUSE, CHAIRMAN, 189 East Court, Kankakee, IL 60901
MARK J. FRECHETTE, TREASURER, 192 North Ave., Kankakee, IL 60901
EDWARD D. SMITH, ATTORNEY, 450 East Court, Kankakee, IL 60901
BRENDA L. GORSKI, ATTORNEY, 450 East Court, Kankakee, Illinois 60901
COUNTY DELINQUENT TAX AGENT, CORPORATION, 141 ST. Andrews Ave., Edwardsville, IL 60202
JOSEPH E. MYER, AGENT, 141 ST. Andrews Ave., Edwardsville, IL 60202
STEPHEN P. SCHRIMPF, ATTORNEY, 141 ST. Andrews Ave., Edwardsville, IL 60202
MNM, CORPORATION, 100 N. Lasalle, Suite 1700, Chicago, IL 60602
ADAIR ASSET MANAGEMENT/US BANK, CORPORATION, 405 N. 115th St., Ste. 100, Omaha, NE 68154
GREGORY HOUSEHOLTER, JUDGE, , 450 East Court, Kankakee, IL 60901
DAVID YOUCK , JUDGE, , 450 East Court, Kankakee, Il 60901
CLARK ERICKSON, CHIEF JUDGE, 450 East Court, Kankakee, IL 60901
MICHAEL J. MCGIVERN, ATTORNEY, 100 West Randolph Street, Chicago, IL 60601-3175
LISA MADIGAN, ATTORNEY, 100 West Randolph Street, Chicago, IL 60601-3175
CHRIS BECK, ATTORNEY,333 Pierce Road, Suite 195, Itasca, IL 60143
HERVAS, SOTOS, BERSANI, P.C., CORPORATION, 333 Pierce Road, Suite 195, Itasca, IL 60143

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of December, 2005 ".

_____, Secured Party Creditor/Libellant/Affiant
Mark: Anthony